# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GARY LEWIS BROWN**
**PETITIONER**

v.                    NO. 4:23-cv-00287-BRW

**DEXTER PAYNE**
**RESPONDENT**

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Gary Lewis Brown ("Brown") is dismissed without prejudice for a lack of jurisdiction. Judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because

Brown cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

    IT IS SO ORDERED this 31st day of October, 2023.

                                          BILLY ROY WILSON
                                    _____
                                    UNITED STATES DISTRICT JUDGE